UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA M.,[1]<br><br>                           Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                           Defendant. | Case No.:  22cv953-LR<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF NO. 25]** |

Presently before the Court is the parties' "Joint Motion for the Award and Payment of Attorney Fees Pursuant the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" ("Joint Motion").  (ECF No. 25.)   Having considered the Joint Motion and the applicable law, the Court finds the request to be reasonable and appropriate, and **GRANTS** the Joint Motion.  Accordingly, **IT IS**

---

[1] The Court refers to Plaintiff using only her first name and last initial pursuant to the Court's Civil Local Rules.  See S.D. Cal. Civ. R. 7.1(e)(6)(b).

**ORDERED** that amount of $6,400.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

      **IT IS SO ORDERED**.

Dated: August 18, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge